ELIZABETH ROPER, as Attorney in Fact of MILARD K. ROPER, Respondent, *v.* PATRICK WALSH, as Fire Commissioner and Chief of Fire Department of City of New York, et al., Appellants.

Argued June 17, 1942; decided July 29, 1942.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts, Oscar L. Tucker* and *Abraham Shapiro* of counsel), for appellants.

*Malcolm J. Hartsell* and *Parnell J. T. Callahan* for respondent.

*John J. Bennett, Jr., Attorney General (Henry Epstein* and *John C. Crary, Jr.,* of counsel), for State of New York, *amicus curiæ.*

Upon appeal from order: Appeal dismissed, without costs.

Upon appeal from judgment: Judgment affirmed, with costs. (See *Matter of Williams* v. *Walsh*, 289 N. Y. 1.) No opinion. (See 289 N. Y. 647.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.